UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH P. TRAUTT JR, *et al.*,

    Plaintiffs,

v.

KEYSTONE RV COMPANY,

    Defendant.

Case No. C19-342-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 30, 2020, the Court heard oral argument regarding Defendant's motion for enforcement of the stipulated protective order (dkt. # 15) and Plaintiffs' motion to strike objections and compel documents responsive to requests for production (dkt. # 21) in this products liability action. With regard to Defendant's motion, Defendant opposes Plaintiffs' assertion that Defendant's schematic drawings produced in response to discovery requests are not confidential pursuant to the stipulated protective order signed on September 24, 2019 (dkt. # 14). Defendant argues the schematic drawings, which detail a dinette feature in a trailer designed and manufactured by Defendant, should be considered confidential as either confidential

MINUTE ORDER - 1

business information or as trade secrets. Plaintiffs argue the schematic drawings are not trade secrets because the dinette feature can be easily reproduced and therefore constitutes readily ascertainable information.

The Court reviewed the motion and supporting declarations (dkt. ## 15, 16, 17), Plaintiffs' response and supporting declaration (dkt. ## 18, 19), and Defendant's reply (dkt. # 20). Based on the record, the Court finds the schematic drawings are properly considered confidential business information and are therefore considered confidential pursuant to the stipulated protective order. The Court declines to rule on whether the schematic drawings constitute trade secrets.

Defendant also requests an award of $2,500.00 in attorney's fees incurred in connection with bringing its motion. In support of its request, Defendant references email correspondence with opposing counsel regarding the potential frivolous nature of their challenge to the confidential designation. Having heard clarification from Plaintiffs' counsel regarding this correspondence during oral argument, the Court declines to impose fees at this time.

With regard to Plaintiffs' motion, Plaintiffs seek to strike Defendant's objections to their discovery requests and to compel production of responsive documents. Defendant argues it provided specific objections to Plaintiffs' requests and that it is unaware of any requested document that it has failed to produce.

The Court reviewed the motion and supporting declaration (dkt. ## 21, 22), Defendant's response and supporting declaration (dkt. ## 24, 25), and Plaintiffs' reply (dkt. # 26). The Court finds Defendant's discovery objections are generally specific and that it properly identified responsive documents it would produce. Further, Plaintiffs are unable to identify any outstanding document or category of documents that Defendant has not produced at this time.

For the foregoing reasons and the reasons stated on the record, the Court GRANTS Defendant's motion (dkt. # 15) and DENIES Plaintiffs' motion (dkt. # 21). Defendant's request for fees associated with bringing its motion is DENIED at this time. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 30th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

MINUTE ORDER - 3